**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. C-08-1339 (CW) |
| Plaintiffs, | [PROPOSED] ORDER |
| vs. | |
| DIRK KEMPTHORNE, United States Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants. | |

This Court, having considered the parties' Stipulation to Shorten Time and Waive Oral Argument on Defendants' Motion to Strike Plaintiffs' Amended Complaint, hereby ORDERS that the briefing schedule for Defendants' Motion to Strike shall be as follows:

Opposition:   May 23, 2008

Reply:   May 28, 2008

The Court further orders that the Motion to Strike shall be decided without oral argument.

Dated: 5/21/08

_____
Hon. Claudia Wilken
United States District Judge

- 1 -