# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | Case No. C-08-1339 (CW) <br><br> **STIPULATION RE: FILING OF SECOND AMENDED COMPLAINT** |

## STIPULATION RE FILING OF SECOND AMENDED COMPLAINT

Pursuant to this Court's Minute Order dated June 17, 2008, Plaintiffs and Defendants hereby stipulate to the filing of Plaintiffs' Second Amended Complaint in this action. Plaintiffs shall file their Second Amended Complaint no later than July 16, 2008. Defendants' Answer to Plaintiffs' Second Amended Complaint shall be filed no later than September 15, 2008. The rest of the schedule remains as set forth in the June 17, 2008 Minute Order:

September 15, 2008: Defendant Files and Serves Administrative Record

October 16, 2008: Plaintiffs file Motion for Summary Judgment Noticed for January 8, 2009 and Opening Brief

November 26, 2008: Defendants file opposition and any cross motion (contained within a single brief)

December 11, 2008: Plaintiffs file reply and opposition to any cross motion

December 18, 2008: Defendants file surreply

January 8, 2009: Hearing on cross motions for Summary Judgment.

Stipulation to Re: Filing of Second Amended Complaint
Case No. 08-1339-CW

Dated: June 26, 2008

Respectfully submitted,

/s/ Brendan Cummings
Brendan Cummings (CA Bar # 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA  92252
Telephone:  760-366-2232
Facsimile:  760-366-2669
bcummings@biologicaldiversity.org

Counsel for Plaintiffs

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief

Dated: June 26, 2008

/s/ Kristen Byrnes Floom
KRISTEN BYRNES FLOOM, Trial Attorney
DC Bar No. 469615
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Counsel for Defendants

[Seal: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Claudia Wilken — Judge Claudia Wilken]

I, Brendan Cummings, pursuant to ECF General Order 45X.B, attest that Kristen Floom has concurred in and authorized the filing of this document with this court.

/s/ Brendan Cummings
Brendan Cummings
Attorney for Plaintiffs