1

2

3

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

4

5

6

7

8

9

10

11

CENTER FOR BIOLOGICAL
DIVISION, <u>et al.</u>,

    Plaintiffs,

  vs.

DIRK KEMPTHORNE, United States
Secretary of the Interior, and UNITED
STATES FISH AND WILDLIFE
SERVICE,

    Defendants.

) Case No. C-08-1339 (CW)
)
)
) **STIPULATION AND  ORDER RE:**
) **RESETTING OF HEARING**
) **DATE ON MOTIONS TO**
) **TRANSFER VENUE**
)
)
)
)
)
)

12

### STIPULATION RE: RESETTING OF HEARING DATE

13

14

15

16

17

   The hearing on Federal Defendants' and Intervenor Defendants' motions to transfer venue (Dkt #s 152, 154, 155, 156) is currently set for October 9, 2008 at 2:00 pm.  Due to Plaintiffs' counsels' scheduling conflict on that day, and for the convenience of the parties, the parties hereby stipulate to continue the hearing date by one week to October 16, 2008, and to adjust the briefing schedule accordingly as follows:

18

19

September 25, 2008: Plaintiffs file opposition to Federal Defendants' and Intervenor

         Defendants' motions to transfer;

20

21

October 2, 2008:  Federal Defendants and Intervenor Defendants file replies in support of

         motions to transfer venue;

22

October 16, 2008:  Hearing on motions to transfer venue.

23

24

25

26

27

   Dated: September 17, 2008   <u>/s/ Brendan Cummings</u>
            Brendan Cummings
            Center for Biological Diversity
            P.O. Box 549
            Joshua Tree, CA  92252
            Telephone:  760-366-2232
            Facsimile:  760-366-2669

28

1

2        Counsel for Plaintiffs

3

4        RONALD J. TENPAS
        Assistant Attorney General
        United States Department of Justice

5        Environment & Natural Resources Division
        JEAN E. WILLIAMS, Chief

6        LISA LYNNE RUSSELL, Assistant Chief

7
        /s/ Kristen Byrnes Floom (by BC with permission)

8        KRISTEN BYRNES FLOOM, Trial Attorney
        DC Bar No. 469615

9        United States Department of Justice

10       Environment & Natural Resources Division
        Wildlife and Marine Resources Section

11       Benjamin Franklin Station, P.O. Box 7369
        Washington, DC 20044-7369

12       Telephone: (202) 305-0340

13       Facsimile: (202) 305-0275
        Kristen.Floom@usdoj.gov

14
        Counsel for Defendants

15

16
        /s/ Jeffrey W. Leppo (by BC with permission)

17       JEFFREY W. LEPPO (*pro hac vice*)
        SETH D. HILTON (SB # 181899)

18       STOEL RIVES LLP
        600 University Street, Suite 3600

19       Seattle, WA 98101
        Telephone: (206) 624-0900

20       Facsimile: (206) 386-7500

21
        Attorneys for Intervenor-Defendant Alaska Oil and

22       Gas Association

23

24
        /s/ Kevin M. Cuddy (by BC with permission)

25       JEFFREY M. FELDMAN (*pro hac vice*)
        KEVIN M. CUDDY (*pro hac vice*)

26       FELDMAN ORLANSKY & SANDERS
        500 L Street, Suite 400

27       Anchorage, AK 99501
        Telephone: (907) 272-3538

28

Facsimile: (907) 274-0819
Email: feldman@frozenlaw.com
cuddy@frozenlaw.com
Attorneys for Intervenor-Defendant Arctic Slope
Regional Corporation

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.


DATED this  18th day of  September, 2008


_____
Honorable Claudia Wilken
United States District Court Judge